IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **KYUN HANSBORO,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. **7:23-CV-39-L** |
| § | |
| **EXPERIAN INFORMATION** § | |
| **SOLUTIONS, INC. and EQUIFAX** § | |
| **INFORMATION SERVICES, LLC,** § | |
| § | |
| Defendants. § | |

## ORDER

Before the court is Plaintiff Kyun Hansboro's Notice of Voluntary Dismissal as to Defendant Debt Recovery Solutions, LLC ("Notice") (Doc. 20), filed June 5, 2023. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), as no answer or summary judgment has been filed, no court order is required, and this action is dismissed as a matter of course. Plaintiff, however, requests that an order of dismissal be issued. Accordingly, this action is **dismissed with prejudice** as to Defendant Debt Recovery Solutions, LLC. As stipulated in the Notice, the parties shall bear their own costs and attorney's fees.

**It is so ordered** this 6th day of June, 2023.

Sam A. Lindsay
United States District Judge

Order – Solo Page